IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING MOTION FOR JOINT ADMINISTRATION

Upon consideration of the motion for joint administration (the "Motion") filed by PSC Thrive, LLC and Jenk's Best Living, LLC, the record herein, applicable law, and any evidence adduced at a hearing thereupon, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the two above-captioned matters be jointly administered, with the matter of *In re Jenk's Best Living, LLC*, Case No. 26-17758-MMH (Bankr. D. Md. 2026) being designated

the "lead case" and all filings being made in that case, *except* proofs of claim shall continue to be filed by creditors in the case of the debtor(s) to whom said claims correlate; and it is further

ORDERED, that the Clerk of this Honorable Court shall post a notice, on the docket of the matter of *In re PSC Thrive, LLC*, Case No. 26-17757-MMH (Bankr. D. Md. 2026), indicating all filings are to be made in the lead case.

Copies: all counsel of record