IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR LEAVE TO
INCUR POST-PETITION DEBTS AND USE CASH COLLATERAL**

Upon consideration of the motion to incur post-petition debts and use cash collateral (the "Motion") filed by Jenk's Best Living, LLC and PSC Thrive, LLC (the "Debtors"), the record herein, applicable law, and any evidence adduced at a hearing thereupon, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtors are permitted—but not required—to enter into the debtor-in-possession financing arrangement provided for in the term sheet appended to the Motion, and to

thereafter draw the indicated line of credit in such sums and prorations as the Debtors deem appropriate in their reasonable business judgment; and it is further

ORDERED, that the Debtors may use the rents collected from operation of an apartment building (the "Cash Collateral"), in accord with the provisions of a budget introduced at the hearing on the Motion, provided such utilization not deviate from the correlative budget by more than 20% in the months of July, August or September 2026, and further provided such utilization not deviate from the correlative budget by more than 10% in any month thereafter; and it is further

ORDERED, that as adequate protection for the use of the Cash Collateral, the Debtor shall make ordinary monthly mortgage payments to Berkadia Commercial Mortgage LLC, in the sums indicated by the promissory note underlying the security instrument, with said payments to be made in a timely fashion for the duration of these cases.

Copies: all counsel of record