IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER APPROVING APPLICATION TO
APPROVE EMPLOYMENT OF  MAURICE VERSTANDIG,
CHRISTIANNA CATHCART, AND THE VERSTANDIG LAW FIRM
<u>AS GENERAL REORGANIZATION COUNSEL TO DEBTORS</u>**

Upon consideration of the Application to Approve Employment of Maurice VerStandig, Christianna Cathcart, and The VerStandig Firm, LLC as General Reorganization Counsel to Debtors (the "Application," with the debtors herein being known as the "Debtor"), any objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

1

FOUND, that Maurice VerStandig, Esq. is an attorney duly authorized to practice in the United States Bankruptcy Court for the District of Maryland; and it is further

FOUND, that Christianna Cathcart, Esq. is an attorney duly authorized to practice in the United States Bankruptcy Court for the District of Maryland; and it is further

FOUND, that Maurice VerStandig, Esq., Christianna Cathcart, Esq., and the VerStandig Law Firm, LLC do not hold any interest adverse to the Debtors or the estates; and it is further

FOUND, that Maurice VerStandig, Esq. and the VerStandig Law Firm, LLC are disinterested persons within the meaning set forth in section 101(14) of title 11 of the United States Code; and it is further

ORDERED, the Debtors be, and are hereby authorized to, employ under general retainer Maurice VerStandig, Christianna Cathcart, and The VerStandig Law Firm, LLC as general reorganization counsel to the Debtors; and it is further

ORDERED, that any compensation paid to Maurice VerStandig, Christianna Cathcart, and The VerStandig Law Firm, LLC is subject to the review of this Honorable Court, in conformity with governing law.

Copies: All Counsel of Record