IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | *Joint Administration Motion Pending* |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION TO EXPEDITE AND HOLD FIRST DAY HEARINGS

Come now Jenk's Best Living, LLC ("Jenk's") and PSC Thrive, LLC ("PSC") (collectively, the "Debtors" and each a "Debtor"), by and through undersigned proposed counsel, pursuant to Local Rule 9013-6, and move this Honorable Court to shorten the time to respond to—and hold an expedited hearing on—the Debtors' motions (i) for joint administration; (ii) for leave to use cash collateral and to borrow monies on an unsecured basis; and (iii) to redact consumer information (collectively, the "First Day Motions"); and in support thereof state as follows:

Both Debtors petitioned for chapter 11 relief in the hours before the First Day Motions were filed and both Debtors reasonably seek to have these matters heard on an expedited basis so these cases may progress through their earliest days without incident or issue. It is customary for such matters to be heard on shortened notice. *In re Goodrich Quality Theaters, Inc.*, 616 B.R. 514, 516 (Bankr. W.D. Mich. 2020). And, as expressed in each of the underlying motions, there exists a cognizable exigency necessitating a prompt ruling, so as to enable the Debtors to operate as debtors-in-possession in a prudent and responsible fashion.

1

Specifically, the Debtors ask this Honorable Court to set the First Day Motions for hearing on either Tuesday, July 21, 2026 after 1:00 pm, or Wednesday, July 22, 2026 after 12:00 pm. Alternatively, the Debtors would ask for a hearing on Friday, July 24, 2026, at any time of day. These temporal windows are proposed in reflection of (i) a religious holiday, observed by various persons affiliated with the Debtors, from sundown on July 22, 2026 through sundown on July 23, 2026; (ii) a hearing in an unrelated matter in the District of North Dakota, necessitating virtual attendance by the Debtors' proposed counsel, on the morning of July 21, 2026; and (iii) a hearing in an unrelated matter in the Greenbelt division of this Honorable Court, necessitating virtual attendance by the Debtors' proposed counsel, on the morning of July 22, 2026.

The Debtors further propose that any opposition to the First Day Motions be due at 9:00 am the day of the hearing and that the Debtors be directed to take reasonable steps to disseminate an order granting this motion and setting a hearing on the First Day Motions, including e-mailing the same to such attorneys known to represent parties in interest.

Respectfully submitted,

Dated: July 19, 2026          By:     /s/ Maurice B. VerStandig
                                      Maurice B. VerStandig, Esq.
                                      Bar No. MD18071
                                      The VerStandig Law Firm, LLC
                                      9812 Falls Road
                                      #114-160
                                      Potomac, Maryland 20854
                                      (301) 444-4600
                                      mac@mbvesq.com
                                      *Proposed Counsel for the Debtors*

*[Certificate of Service on Following Page]*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of July, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig
