IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| In re: | Bankruptcy Case No: |
| **PSC Thrive, LLC** | 26-17757- MMH |
| Debtor (s). | Chapter 11 |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned appears for and on behalf of the United States Trustee for Region Four, for all purposes in connection with this case. Pursuant to Rules 2002, 3017 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, plans, disclosures statement and other documents filed or served in this case.

Respectfully Submitted,

Dated: July 20, 2026

By:  /s/ *Hugh M. Bernstein*
Hugh M. Bernstein
(Fed. Bar No.: 23489)
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
hugh.m.bernstein@usdoj.gov
Attorney for the United States Trustee

- 2 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2026 a copy of the foregoing Motion was mailed first-class, postage prepaid to:

No manual recipients

**I HEREBY FURTHER CERTIFY** that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ *Hugh M. Bernstein*
Hugh M. Bernstein

- 2 -