**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

In re:                                                    *

                                                          *

PSC Thrive, LLC,                                          *          Case No. 26-17757-MMH

                                                          *

            Debtor.                                       *          Chapter 11

                                                          *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**PROTOCOL AND REGISTRATION FOR VIRTUAL ATTENDANCE FOR**
**JULY 22, 2026, HEARING**


Each party in this proceeding who is participating in the virtual hearing must register by emailing the individual's name, affiliation, and the case number to the Courtroom Deputy at Hearings_MMH@mdb.uscourts.gov. **Registration must be completed by 1:00 p.m., ET on July 22, 2026.** Each individual who registers for the virtual hearing will receive connection information prior to the start time of the hearing.

Each individual must connect to the hearing according to the instructions contained in the email received from the Courtroom Deputy.

Participants should email the Court at Hearings_MMH@mdb.uscourts.gov or call the Court at 410-962-2820 if they experience any technical issues during the hearing, including if they are disconnected or cannot enter the hearing.

*All participants are asked to place their lines on mute upon connecting and to remain on mute during the pendency of the hearing.*


\*Pursuant to Local Bankruptcy Rule 5070-1(a), *no party (other than the Court) may record or otherwise capture the audio or video of the Hearing in any manner*. The Court will create an official recording of the Hearing.