IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH |
| | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | Case No. 26-17758-MMH |
| In re: | ) | (Chapter 11) |
| | ) | |
| Jenk's Best Living, LLC | ) | *Joint Administration Motion Pending* |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of Christianna A. Cathcart as proposed counsel for Jenk's Best Living, LLC and PSC Thrive, LLC, the Debtors herein, and serve all pleadings, notices, and other papers upon undersigned counsel.

Respectfully Submitted,

Dated: July 22, 2026                    By:    /s/ Christianna A. Cathcart
                                               Christianna A. Cathcart, Esq.
                                               Bar No. MD32178
                                               The VerStandig Law Firm, LLC
                                               9812 Falls Road, #114-160
                                               Potomac, Maryland 20854
                                               Phone: (202) 970-2770
                                               christianna@dcbankruptcy.com
                                               *Proposed Counsel for the Debtors*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of July 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.