United States Bankruptcy Court

District of Maryland

In re:                                                                    Case No. 26-17757-MMH

PSC Thrive, LLC                                                           Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 21, 2026 | Form ID: pdfall | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PSC Thrive, LLC, 23 Walker Avenue Ste 300, Pikesville, MD 21208-4004 |
| 33325419 | + | Pratt Street Capital, LLC, 23 Walker Avenue, Suite 300, Pikesville, MD 21208-4004 |
| 33325420 | + | The Casper Firm, LLC, 400 E. Pratt Street, Suite 903, Baltimore, MD 21202-3127 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

District/off: 0416-1                    User: admin                              Page 2 of 2
Date Rcvd: Jul 21, 2026               Form ID: pdfall                       Total Noticed: 3
TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| PSC Thrive, LLC, | * | Case No. 26-17757-MMH |
| | * | |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**Evidentiary Protocol**
**Judge Harner's Courtroom 9-C in Baltimore**

*These protocols apply to the extent any party intends to offer evidence at the scheduled hearing.*

Any party intending to submit exhibits at the hearing before Judge Harner in Courtroom 9-C in Baltimore shall follow the procedures outlined below. The Court may, on its own initiative or on the request of a party, excuse a party from complying with these procedures. Any request by a party to be excused from these procedures must be filed with the Court prior to the exhibit submission deadline in the contested matter or adversary proceeding. All questions concerning this Protocol should be submitted to Judge Harner's Courtroom Deputy, Anna Marie Komisarek, at hearings_mmh@mdb.uscourts.gov.

The Court expects all parties, counsel, and witnesses to appear in Courtroom 9-C for any in-person hearings. Any request to be excused from such an appearance must be filed at least one day prior to the hearing and comply with all applicable statutes and rules, including Bankruptcy Rule 9017 and Civil Rule 43.

Parties and counsel may appear by videoconference for any hybrid or videoconference hearing, but witnesses must appear in person (thus a videoconference format generally is not available for hearings with witness testimony) unless the party seeking to offer the witness obtains a Court order allowing the virtual appearance of the witness. Any request for such an order must be filed at least one day prior to the hearing and comply with all applicable statutes and rules, including Bankruptcy Rule 9017 and Civil Rule 43. Any party or counsel appearing by videoconference for any hybrid or videoconference hearing is responsible for ensuring a stable connection to the hearing and must follow the Court's videoconference protocols in all respects.

The Court may treat the hearing on any evidentiary matter as a preliminary hearing and specially set the matter on another hearing date.

1.  **Submitting Exhibits**

    **General Requirements:**

    a.  *Unless the Court orders otherwise with respect to a particular matter,* all exhibits must be filed on the Court's docket **on or before 9:00 a.m., ET on July 22, 2026**.

        1.  Rebuttal evidence shall be saved to a USB drive and may be submitted during the course of the hearing as directed by the Court.

b. *Unless the Court orders otherwise with respect to a particular matter,* a list of exhibits that complies with the identification scheme of this Protocol also must be filed on the Court's docket **on or before 9:00 a.m., ET on July 22, 2026**.

c. *Unless the Court orders otherwise with respect to a particular matter,* any objections to exhibits must be filed on the Court's docket **prior to the start of the hearing**. *Any exhibits not objected to in writing by the submission deadline may stand as admitted into evidence.*

**Specific Requirements:**

d. Exhibits shall be filed on the Court's docket and *shall begin with the exhibit list identifying each exhibit by number pursuant to the identification scheme described below.* An example of an acceptable exhibit list is as follows (note, the last three columns should be left blank and are for the Court's use):

| Exhibit No. | Description | Offered | Objection | Admitted |
| --- | --- | --- | --- | --- |
| P01 | Agreement | | | |
| P02 | Amendment No. 1 | | | |
| P03 | Letter | | | |

e. Each exhibit shall be labeled by exhibit number, shall include sequential page numbering, and *shall be saved as a separate PDF as an attachment to the exhibit list.*

2. **Exhibit Identification Scheme**

a. Plaintiff's and defendant's exhibits must follow a specific alpha-numeric naming scheme.
   P01    Plaintiff's exhibit No.1
   P25    Plaintiff's exhibit No.25
   D01    Defendant's exhibit No.1

b. Additional parties, including any additional plaintiffs, should use separate letters in their alpha-numeric naming scheme.

   *Examples*:
   G01    Government's exhibits
   S01    Additional Plaintiff - Smith's exhibits
   T01    Additional Defendant - Taylor's exhibits
   M01    Movant's exhibits
   R01    Respondent's exhibits

3.  **Using Exhibits in Court**

    a.  Unless otherwise ordered by the Court, the parties and the Court will use the exhibits filed on the Court's docket during the course of the contested matter or proceeding. No paper exhibits will be used, unless specifically authorized by separate Court order on the docket or oral ruling during a contested matter hearing or proceeding trial.

    b.  Each party must submit to the Clerk's office **by 1:00 p.m., ET on July 22, 2026**, an unencrypted, non-password-protected USB drive (i.e., thumb drive) containing copies of pre-filed exhibits downloaded from Pacer and shall include the following pre-stamped header information: the case number, document number, filed date, and page numbers.

        1.  Each exhibit shall be labeled by exhibit number, shall include sequential page numbering, and *shall be saved as a separate PDF.*

        2.  USB drives should be labeled with the following information: Case Number, Case Name, and Party submitting the device.

        3.  USB drives will be returned to parties at the conclusion of the hearing or trial.

    c.  Parties will be responsible for displaying its exhibits on a court issued laptop during the course of the contested matter or proceeding unless the Court otherwise directs prior to the start of the hearing or trial.

    d.  To the extent any discrepancy exists between a pre-filed exhibit on the Court's docket and a document included on a party's USB drive, the exhibit on the Court's docket controls.

4.  **Witnesses**

    a.  *Unless the Court orders otherwise with respect to a particular matter,* a witness list must be filed on the Court's docket **on or before 9:00 a.m., ET on July 22, 2026.**