United States Bankruptcy Court

District of Maryland

In re:                                                                                                  Case No. 26-17757-MMH

PSC Thrive, LLC                                                                                   Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2026 | Form ID: pdfall | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PSC Thrive, LLC, 23 Walker Avenue Ste 300, Pikesville, MD 21208-4004 |
| 33325419 | + | Pratt Street Capital, LLC, 23 Walker Avenue, Suite 300, Pikesville, MD 21208-4004 |
| 33325420 | + | The Casper Firm, LLC, 400 E. Pratt Street, Suite 903, Baltimore, MD 21202-3127 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

District/off: 0416-1                     User: admin                                Page 2 of 2
Date Rcvd: Jul 21, 2026                  Form ID: pdfall                            Total Noticed: 3
TOTAL: 3

District/off: 0416-1                     User: admin                                Page 2 of 2
Date Rcvd: Jul 21, 2026                  Form ID: pdfall                            Total Noticed: 3
TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | |
|---|---|
| In re: | * |
| | * |
| PSC Thrive, LLC, | *    Case No. 26-17757-MMH |
| | * |
| Debtor. | *    Chapter 11 |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PROTOCOL AND REGISTRATION FOR VIRTUAL ATTENDANCE FOR**
**JULY 22, 2026, HEARING**

Each party in this proceeding who is participating in the virtual hearing must register by emailing the individual's name, affiliation, and the case number to the Courtroom Deputy at Hearings_MMH@mdb.uscourts.gov. **Registration must be completed by 1:00 p.m., ET on July 22, 2026.** Each individual who registers for the virtual hearing will receive connection information prior to the start time of the hearing.

Each individual must connect to the hearing according to the instructions contained in the email received from the Courtroom Deputy.

Participants should email the Court at Hearings_MMH@mdb.uscourts.gov or call the Court at 410-962-2820 if they experience any technical issues during the hearing, including if they are disconnected or cannot enter the hearing.

*All participants are asked to place their lines on mute upon connecting and to remain on mute during the pendency of the hearing.*

\*Pursuant to Local Bankruptcy Rule 5070-1(a), *no party (other than the Court) may record or otherwise capture the audio or video of the Hearing in any manner*. The Court will create an official recording of the Hearing.