**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | |
|---|---|
| In re: | Case No. |
| PSC Thrive, LLC | 26-17757-MMH |
| Debtor | Chapter 11 |

**STATEMENT OF THE UNITED STATES TRUSTEE CONCERNING**
**APPOINTMENT OF A COMMITTEE OF UNSECURED CREDITORS**

TAKE NOTICE:  The Office of the United States Trustee files this statement of record to inform parties in interest and the Court that the United States Trustee has not appointed a committee of unsecured creditors under 11 U.S.C. § 1102.  The United States Trustee reserves all rights with respect to 11 U.S.C. § 1102, including, but not limited to, the decision to appoint a committee hereinafter, if deemed appropriate.

Date: August 4, 2026                Submitted by,

Matthew W. Cheney
Acting United States Trustee for Region 4
By Counsel

*/s/ Hugh M. Bernstein*
Hugh M. Bernstein, Bar No. 23489
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
Email: Hugh.m.bernstein@usdoj.gov
Attorney for the United States Trustee