United States Bankruptcy Court

District of Maryland

In re:

PSC Thrive, LLC

Debtor

Case No. 26-17757-MMH

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 04, 2026 | Form ID: pdfall | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + PSC Thrive, LLC, 23 Walker Avenue Ste 300, Pikesville, MD 21208-4004 |
| cr | + YSA Investments 1, LLC, 8 The Green #23817, Dover, DE 19901-3618 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | christianna@dcbankruptcy.com |
| Elimelech Baruch | ebaruch@casperfirm.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003 |

District/off: 0416-1

User: admin

Page 2 of 2

Date Rcvd: Aug 04, 2026

Form ID: pdfall

Total Noticed: 2

@notify.bestcase.com

Maurice Belmont VerStandig

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Thomas J Gagliardo

tgagliardo@gelawyer.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 7

Entered: August 4th, 2026
Signed: August 4th, 2026
**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 26-17758-MMH |
|  | ) | (Chapter 11) |
| Jenk's Best Living, LLC | ) | |
| Debtor. | ) | |
| _____ | ) | |
| In re: | ) | Case No. 26-17757-MMH |
|  | ) | (Chapter 11) |
| PSC Thrive, LLC | ) | |
|  | ) | *Jointly Administered* |
| Debtor. | ) | |
| _____ | ) | |

**INTERIM ORDER GRANTING MOTION FOR LEAVE TO
INCUR POST-PETITION DEBTS AND USE CASH COLLATERAL**

Upon consideration of the motion to incur post-petition debts and use cash collateral (the "Motion") filed by Jenk's Best Living, LLC and PSC Thrive, LLC (the "Debtors"), the record herein, applicable law, and any evidence adduced at a hearing thereupon, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED on an interim basis; and it is further

ORDERED, that the Debtors are permitted—but not required—to enter into the debtor-in-possession financing arrangement provided for in the term sheet appended to the Motion, and to thereafter draw the indicated line of credit in such sums and prorations as the Debtors deem appropriate in their reasonable business judgment, but not to exceed $200,000.00 pending further order of this Honorable Court; and it is further

ORDERED, that a final hearing on the Motion will be held on August 24, 2026, at 11:00 am prevailing eastern time, in courtroom 9-C at 101 W. Lombard Street, Baltimore, Maryland 21201.

.

Copies: all counsel of record