Entered: August 14th, 2026
Signed: August 14th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| PSC Thrive, LLC, | * | Case No. 26-17757-MMH |
| | * | |
| Debtor. | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER VACATING JOINT ADMINISTRATION ORDER AND
### MAINTAINING CASE PENDING FURTHER ORDER OF COURT

This case was being jointly administered with that of Jenk's Best Living, LLC ("JBL"), Case No. 26-17758-MMH, by an Order dated July 23, 2026. ECF 18. The Court has since vacated that Order and transferred venue of JBL's chapter 11 case to the United States Bankruptcy Court for the Western District of Oklahoma. Case No. 26-17758, ECF 49. The Court enters this Order to avoid any confusion regarding the status of this chapter 11 case.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court hereby vacates its Order Granting Motion for Joint Administration [ECF 18]; and it is further

**ORDERED**, that this chapter 11 case, Case No. 26-17757-MMH, shall remain pending in this Court, pending further Order of the Court.

cc:  Debtor
Debtor's Counsel
U.S. Trustee
All parties in interest

### END OF ORDER