Entered: September 16th, 2026

Signed: September 14th, 2026

**SO ORDERED**

Up to and including September 30, 2026.

UNITED STATES BANKRUPTCY COURT ★ DISTRICT OF MARYLAND ★

Michelle M. Harner

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

In re: Case No.: **26−17757 − MMH** Chapter: **11**

**PSC Thrive, LLC**
Debtor

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLETE REQUIRED FILINGS

By notice of the Court dated July 20, 2026, the above−captioned debtor was admonished to file:

- ☐ Statement of Current Monthly Income
- ☐ Schedules A/B C D E/F G H I J and Declaration Concerning Debtor's Schedules
- ☑ Statement of Financial Affairs
- ☐ Other:

within fourteen (14) days. The debtor has failed to comply with the notice. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the debtor show cause, if any there be, by the date designated above, in a writing filed with Clerk, U.S. Bankruptcy Court Baltimore Division, 101 West Lombard Street, Ste. 8530, Baltimore, Maryland 21201 why this case should not be dismissed, pursuant to 11 U.S.C. § 1112(b), for failure to complete required filings. Completion of the required filings by the same date shall dissolve this Order to Show Cause. Failure to complete the required filings within the time allowed, or failure to show cause which the Court considers adequate, may result in a dismissal of this case without further notice.

cc: Debtor
Attorney for Debtor − Maurice Belmont VerStandig
Case Trustee − For Internal Use Only
U.S. Trustee

**End of Order**