IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 26-17757-MMH (Chapter 11) |
| PSC Thrive, LLC | ) | |
| Debtor. | ) | |

**RESPONSE TO SHOW CAUSE ORDER**

Comes now PSC Thrive, LLC ("PSC" or the "Debtor"), by and through undersigned counsel, in response to the *Order to Show Cause Why Case Should Not be Dismissed for Failure to Complete Required Filings* (the "Order to Show Cause"), ECF No. 27, and states as follows:

PSC acknowledges the failure to file a statement of financial affairs, as indicated in the Order to Show Cause and, further, posits that there does not appear to exist good cause for such failure to beget any fate other than dismissal of this action "pursuant to 11 U.S.C. § 1112(b), for failure to complete required filings." Order to Show Cause, ECF No. 27, at p. 1.

Lest the foregoing appear imbecilic, PSC also observes that following the transfer of a related case to a sister court, there appears to be *de minimis* utility in having the Debtor maintain this matter and a decision had already been made—prior to issuance of the Order to Show Cause—to seek dismissal of this matter.

*[Signature on Following Page]*

Respectfully submitted,

Dated: September 21, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of September, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig