Entered: October 8th, 2026

Signed: October 8th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

In re: Case No.: **26−17757 − MMH** Chapter: **11**

**PSC Thrive, LLC**
Debtor

## ORDER DISSOLVING SHOW CAUSE ORDER AFTER RESPONSE

Upon consideration of the response filed by the debtor, to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered September 16, 2026 is hereby DISSOLVED.

cc: Debtor
Attorney for Debtor − Maurice Belmont VerStandig
Case Trustee − For Internal Use Only
U.S. Trustee

**End of Order**

39x12 (rev. 05/31/1990) − EricaCumberland