Entered: October 8th, 2026
Signed: October 8th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

---

In re: Case No.: **26−17757 − MMH** Chapter: **11**

**PSC Thrive, LLC**
Debtor

---

## ORDER DISMISSING CASE ON REQUEST OF DEBTOR AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

The Debtor−in−Possession having requested voluntary dismissal of this Chapter 11 case, and after notice to all creditors and the U.S. Trustee, and no party in interest having objected to the requested dismissal, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this case is dismissed; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc: Debtor
Attorney for Debtor − Maurice Belmont VerStandig
Case Trustee − For Internal Use Only
U.S. Trustee

**End of Order**

15x08 (rev. 01/26/2010) − MarkRybczynski